IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALARMAX DISTRIBUTORS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 14-1527 |
| | ) Judge David Stewart Cercone |
| v. | ) Magistrate Judge Maureen P. Kelly |
| | ) |
| HONEYWELL INTERNATIONAL, INC., | ) Re: ECF No. 284 |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 26th day of July, 2019, after Defendant Honeywell International, Inc. filed a Motion for Summary Judgment (ECF 284), and after a Report and Recommendation (ECF 311) was filed by the United States Magistrate Judge giving the parties until July 14, 2019, to filed written objections thereto, and upon consideration of the objections filed by Defendant Honeywell, International, Inc. (ECF 314) and Plaintiff AlarMax Distributors, Inc. (ECF 318), and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (ECF 284) is GRANTED in part and DENIED in part. The Motion is granted insofar as Plaintiff AlarMax Distributors, Inc. bases its breach of contract claim at Count I on a breach of Section 5(c) of the Settlement Agreement. The Motion is denied in all other respects.

*DS Cercone*

David Stewart Cercone
Senior United States District Judge

cc: Gretchen L. Jankowski, Esquire
Wendelynne J. Newton, Esquire
Joseph F. Rodkey, Jr., Esquire
Makenzie A. Baird, Esquire
Sydney Rochelle Normil, Esquire
John M. Sylvester, Esquire
William C. MacLeod, Esquire
Alison L. MacGregor, Esquire
Jeffrey A. N. Kopczynski, Esquire
Katrina M. Robson, Esquire
Kristen M. Del Sole, Esquire
Mark A. Racanelli, Esquire
Michael S. Nelson, Esquire
Teresa O. Sirianni, Esquire
Mark A. Hendrix, Esquire
Jessica Lucas, Esquire
Peter G. Siachos, Esquire
John H. Riordan, Jr., Esquire